**Electronically Filed
Supreme Court
SCWC-14-0001252
07-JUL-2015
09:45 AM**

SCWC-14-0001252

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ZACHARY FRED BAILEY,
Respondent/Plaintiff-Appellee,

vs.

BURRELLE DAVID DUVAUCHELLE, TRUSTEE UNDER
DUVAUCHELLE FAMILY TRUST U/D/T DATED AUGUST 14, 2008,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001252; CIV. NO. 06-1-0218(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

In light of the court's decision in <u>Bailey v.
Duvauchelle et al.</u>, SCWC-14-0000883 (Haw. June 29, 2015) (pub.
op.), the application for writ of certiorari, filed on June 8,
2015, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 7, 2015.

| | |
|---|---|
| R. Steven Geshel and Hayden Aluli, for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| | /s/ Sabrina S. McKenna |
| Jade Lynne Ching and Kee M. Campbell, for respondent | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

